# IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF FLORIDA ORLANDO DIVISION

| | |
|---|---|
| **KERRY IRENE HOLYOAK,** § <br> Plaintiff § <br> § <br> v. § <br> § <br> **BRIDGECREST ACCEPTANCE** § <br> **CORPORATION,** § <br> Defendant § | Civil Action 6:24-cv-1784 |

## NOTICE OF REMOVAL

COMES NOW Defendant BRIDGECREST CREDIT COMPANY, LLC, as agent and servicer for Carvana, LLC (erroneously sued as BRIDGECREST ACCEPTANCE CORPORATION), ("Bridgecrest") and pursuant to the provisions of 28 U.S.C. § 1331 and 1446, and hereby files its notice of the removal of this action from the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida, to the United States District Court, Middle District of Florida, Orlando Division. In support of this notice of removal, Bridgecrest shows unto the Court as follows:

## I. INTRODUCTION

1. On September 5, 2024, Plaintiff Kerry Irene Holyoak ("Plaintiff") commenced this action by filing a complaint in the Circuit Court of the Seventh

HB: 4867-3515-8763.3

Judicial Circuit in and for Volusia County, Florida Cause No. 2024 12882 CICI, on or about September 5, 2024 (the "Complaint").

2. Plaintiff sued Bridgecrest for breach of contract and violation of Fair Debt Collection Practices. A true and correct copy of the Complaint is attached hereto as **Exhibit B-1**.

3. Bridgecrest invokes this Court's federal question jurisdiction because Plaintiff has asserted a claim involving a federal question.

4. All of the records from the state docket, Cause No. 2024 12882 CICI in the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida, are attached hereto as **Exhibits B-1 through B-14.**

## II. FEDERAL QUESTION JURISDICTION EXISTS OVER THIS ACTION

5. Removal is proper because Plaintiff's suit involves a federal question. Specifically, Plaintiff alleges that Bridgecrest violated the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 *et seq*.[1] A suit based upon violation of the FDCPA is, as a matter of law, a federal question.[2] Therefore, this federal District Court has original jurisdiction over this case under the provisions of 28 U.S.C. §§ 1331 and 1441(b). This Court has supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. § 1367.

---

[1] *See* Plaintiff's Original Petition, at Count I and Plaintiff's First Amended Petition, at Count I.
[2] *See French v. EMC Mortg. Corp.*, 566 F. App'x 285, 287 (5th Cir. 2014).

2

### III. ADOPTION AND RESERVATION OF DEFENSES

6. Bridgecrest disputes Plaintiff's allegations and denies that Plaintiff is entitled to judgment against it. Bridgecrest voluntarily appears in this action for the purposes of removal, but reserves all objections, arguments, and defenses to Plaintiff's Complaint. A timely responsive pleading or motion will be filed in accordance with Fed. R. Civ. P. 81.

7. Nothing in this notice of removal shall be interpreted as a waiver or relinquishment of any of Bridgecrest's rights to assert any defense or affirmative matter, including, but not limited to, the defenses of: (1) lack of jurisdiction over the person; (2) improper venue; (3) insufficiency of process; (4) insufficiency of service of process; (5) improper joinder of claims and/or parties; (6) failure to state a claim; (7) the mandatory arbitrability of some or all of the claims; (8) failure to join indispensable parties; or (9) any other pertinent defense available under Federal Rule of Civil Procedure 12 or the Florida Rules of Civil Procedure, any state or federal statute, or otherwise.

HB: 4867-3515-8763.3

## IV. TIMING OF REMOVAL

8. This removal is timely because it is being filed within thirty (30) days of service of Plaintiff's Complaint on Bridgecrest.[3] Therefore, this removal is timely.

## V. ADDITIONAL PROCEDURAL REQUIREMENTS

9. This case is a civil action within the meaning of the Acts of Congress relating to the removal of cases.

10. True and correct copies of "all process, pleadings, and orders" from the State Court are attached hereto as **Exhibit B-1 through B-15**. There has been no other process, pleadings, or orders served upon Bridgecrest to date in this case.

11. Bridgecrest has sought no relief since the filing of the Complaint.

12. Venue is proper in this district under 28 U.S.C. §1446(a) because the United States District Court for the Middle District of Florida, Orlando Division is the court embracing the State Court where this action is pending in state court.

13. Bridgecrest has provided written notice of the filing of this Notice of Removal to all parties in this action and is filing a copy of this Notice of Removal Clerk of the Circuit Court for the Seventh Judicial Circuit in and for Volusia County, Florida, where the action is pending pursuant to 28 U.S.C. § 1446(d).

---

[3] *See* 28 U.S.C. 1446.

14. Bridgecrest reserves the right to supplement this notice of removal by adding any jurisdictional defenses which may independently support a basis for removal.

**WHEREFORE,** Bridgecrest Credit Company, LLC, as agent and servicer of Carvana LLC, prays that this Court take jurisdiction of this action and issue all necessary orders and process to remove this action from the Circuit Court of the Seventh Judicial Circuit in and for Volusia County, Florida to the United States District Court for the Middle District of Florida, Orlando Division.

Respectfully submitted,

HUSCH BLACKWELL LLP

By: _/s/ Erica Conklin Baines_
Erica C. Baines (Florida Bar No. 58121)
erica.baines@huschblackwell.com
120 South Riverside Plaza,
Suite 2200
Chicago IL 60606-3912
(312) 526-1551 – Telephone

and

Sabrina A. Neff (pro hac forthcoming)
sabrina.neff@huschblackwell.com
600 Travis St., Suite 2350
Houston, Texas 77002
(713) 647-6800 – Telephone

ATTORNEYS FOR DEFENDANT
BRIDGECREST CREDIT COMPANY, LLC

HB: 4867-3515-8763.3

## **CERTIFICATE OF SERVICE**

      I certify that a copy of the foregoing Notice of Removal has been served upon the following on this the 3rd day of October, 2024:

Kerry Irene Holyoak           *__Via E-Mail kerry.i.holyoak@gmail.com__*
3520 S Nova Road Lot 448    *__Via CM/RRR 9314769904300126999087__*
Port Orange, Florida 32129
*Plaintiff in pro se*

                                              By: */s/Erica Baines*
                                                  Erica Baines

HB: 4867-3515-8763.3