UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KERRY IRENE HOLYOAK,

    Plaintiff,

v.      Case No: 6:24-cv-1784-CEM-LHP

BRIDGECREST ACCEPTANCE
CORPORATION, BRIDGECREST
CREDIT COMPANY, LLC and
CARVANA, LLC,

    Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION: PLAINTIFF'S UNOPPOSED MOTION FOR PERMISSION TO E-FILE (Doc. No. 20)**
>
> **FILED:** October 29, 2024
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Based on Plaintiff's representations, and given the lack of opposition by Defendant Bridgecrest Acceptance Corporation, Plaintiff's request to be permitted to use the CM/ECF filing system (Doc. No. 20) is **GRANTED**.  The Court will

permit Plaintiff to file electronically in this case, provided that Plaintiff complies with the Administrative Procedures for Electronic Filing.[1] Plaintiff must also comply with all Local Rules, Federal Rules of Civil Procedure, and Court Orders. Failure to comply may result in the removal of electronic filing privileges. *See also* Doc. No. 6; *Moon v. Newsome*, 863 F.2d 835, 837 (11th Cir. 1989) (a pro se litigant "is subject to the relevant law and rules of court, including the Federal Rules of Civil Procedure."), *cert. denied*, 493 U.S. 863 (1989).

**DONE** and **ORDERED** in Orlando, Florida on November 4, 2024.

*Leslie Hoffman Price*
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Administrative Procedures for Electronic Filing are available on the Court's website, https://www.flmd.uscourts.gov/, by selecting "Filing a Case."