**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KERRY IRENE HOLYOAK,

      Plaintiff,

v.　　　　　　　　　　　　　　　　　　Case No:　6:24-cv-1784-CEM-LHP

BRIDGECREST ACCEPTANCE
CORPORATION, BRIDGECREST
CREDIT COMPANY, LLC and
CARVANA, LLC,

      Defendants

---

**ORDER**

This cause came on for consideration without oral argument on the following motions filed herein:

> **MOTION:** **DEFENDANTS BRIDGECREST CREDIT COMPANY, LLC AND BRIDGECREST ACCEPTANCE CORPORATION'S MOTION TO CORRECT SCRIVENER'S ERROR (Doc. No. 34)**
>
> **FILED:** November 26, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.

Upon consideration of Defendants' request to correct a scrivener's error in their motion to dismiss (Doc. No. 24), and despite Plaintiff's opposition (Doc. No.

39), the Court finds the request well taken. Accordingly, it is **ORDERED** that Defendants shall file an amended motion to dismiss within **seven (7) days** of the date of this Order. Plaintiff may file a response to the amended motion to dismiss within the time limits set forth in Local Rule 3.01(c).

> **MOTION:** DEFENDANTS BRIDGECREST CREDIT COMPANY, LLC AND BRIDGECREST ACCEPTANCE CORPORATION'S MOTION TO DISMISS SECOND AMENDED COMPLAINT (ECF NO. 18) (Doc. No. 24)
>
> **FILED:** November 6, 2024
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **DENIED as moot**.

Given that Defendants will be permitted to amend the motion to dismiss, the pending motion to dismiss (Doc. No. 24) will be **DENIED as moot**.

**DONE** and **ORDERED** in Orlando, Florida on December 3, 2024.

_Leslie Hoffman Price_
LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties