# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

KERRY IRENE HOLYOAK,

      Plaintiff,

v.                                   Case No:   6:24-cv-1784-CEM-LHP

BRIDGECREST ACCEPTANCE
CORPORATION, BRIDGECREST
CREDIT COMPANY, LLC and
CARVANA, LLC,

      Defendants

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:**   **PLAINTIFF'S MOTION FOR PERMISSION TO FILE A SUR-REPLY (Doc. No. 59)**
>
> **FILED:**     **January 2, 2025**
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.[1]

---

[1] The Court considers the motion to be unopposed as no timely responses were filed.  *See* Local Rule 3.01(c).

- 2 -

Plaintiff may file a sur-reply regarding Carvana, LLC's motion to compel arbitration (Doc. No. 56, *see also* Doc. Nos. 42, 49, 56) on or before **January 31, 2025**. The filing may not exceed **five (5) pages** in length.

**DONE** and **ORDERED** in Orlando, Florida on January 17, 2025.

                                                LESLIE HOFFMAN PRICE
                                                UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties