**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

KERRY IRENE HOLYOAK,

    Plaintiff,

v.                                                                     Case No:   6:24-cv-1784-CEM-LHP

BRIDGECREST ACCEPTANCE
CORPORATION, BRIDGECREST
CREDIT COMPANY, LLC and
CARVANA, LLC,

    Defendants

---

## ORDER

This cause came on for consideration without oral argument on the following motion filed herein:

> **MOTION:** PLAINTIFF'S AMENDED MOTION FOR PERMISSION TO FILE A NOTICE OF SUPPLEMENTAL AUTHORITY (Doc. No. 63)
>
> **FILED:** January 7, 2025
>
> ---
>
> **THEREON** it is **ORDERED** that the motion is **GRANTED**.[1]

---

[1] The Court considers the motion to be unopposed as no timely responses were filed.  See Local Rule 3.01(c).

- 2 -

The Court will consider Plaintiff's Notice of Supplemental Authority (Doc. No. 63-1) in resolution of the pending motion to dismiss (Doc. No. 44), and in conjunction with Plaintiff's response thereto (Doc. No. 50).

**DONE** and **ORDERED** in Orlando, Florida on January 27, 2025.

*Leslie Hoffman Price*

LESLIE HOFFMAN PRICE
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties